**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  TONY WILBERN                    §    Case No. 16-80078
                                        §
                                        §
              Debtor(s)                 §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on  01/14/2016.

2) The plan was confirmed on  04/29/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on  NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on  10/03/2016, 11/18/2016.

5) The case was dismissed on  10/07/2016.

6) Number of months from filing or conversion to last payment:  5.

7) Number of months case was pending:  12.

8) Total value of assets abandoned by court order:  NA.

9) Total value of assets exempted:  $7,475.00.

10) Amount of unsecured claims discharged without full payment:  $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 3,000.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 2,975.00 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 2,742.50 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 232.50 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,975.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 2,742.50 | 0.00 |
| CONSUMER PORTFOLIO SERVICES | Sec | 0.00 | 17,489.15 | 0.00 | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Sec | 0.00 | 22,381.37 | 0.00 | 0.00 | 0.00 |
| GREAT LAKES HIGHER ED | Uns | 0.00 | 13,842.58 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 484.00 | 484.77 | 484.77 | 0.00 | 0.00 |
| EQUITY TRUST COMPANY | Uns | 2,500.00 | 4,689.02 | 4,689.02 | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Uns | 432.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Uns | 2,300.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 0.00 | 48,553.30 | 0.00 | 0.00 | 0.00 |
| ERIN L CONNELL | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 0.00 | 126,883.16 | 0.00 | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 392.00 | 392.43 | 392.43 | 0.00 | 0.00 |
| FIRSTMERIT BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GENERAL FINANCIAL / JUST | Uns | 4,462.00 | NA | NA | 0.00 | 0.00 |
| JUSTIN BOWEN | Uns | 2,181.00 | NA | NA | 0.00 | 0.00 |
| KINDERCARE LEARNING CENTERS | Uns | 109.00 | NA | NA | 0.00 | 0.00 |
| RMG | Uns | 49.00 | NA | NA | 0.00 | 0.00 |
| ROBERT DOBROWSKI | Uns | 5,200.00 | NA | NA | 0.00 | 0.00 |
| THOMAS N. LESLIE | Uns | 4,344.00 | 5,160.36 | 5,160.36 | 0.00 | 0.00 |
| GREAT LAKES HIGHER ED | Uns | 0.00 | 7,672.25 | 0.00 | 0.00 | 0.00 |
| US DEPT OF ED / GSL / ATL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US MILITARY LENDING CORP | Uns | 892.00 | NA | NA | 0.00 | 0.00 |
| WISCONSIN DEPARTMENT OF | Pri | 0.00 | 35,231.00 | 35,231.00 | 0.00 | 0.00 |
| WISCONSIN DEPARTMENT OF | Uns | 0.00 | 6,873.50 | 6,873.50 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Uns | 0.00 | 125,321.12 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 35,231.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 35,231.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 17,600.08 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,975.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 2,975.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 01/26/2017        By: /s/ Lydia S. Meyer
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.